**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **VARI-VOLT TECHNOLOGIES, LLC,** § <br> § <br> **v.** § <br> § **CIVIL ACTION NO. 6:16-CV-1044-** <br> § **RWS-KNM** <br> **RRV ENTERPRISES LLC, d/b/a** § <br> **VAPOR WORLD, AND OKLAHOMA** § <br> **LIMITED LIABILITY COMPANY** § | |

### ORDER

The Court has considered Vari-Volt Technologies, LLC's ("Plaintiff") Notice of Voluntary Dismissal of Defendant RRV Enterprises, d/b/a Vapor World ("Defendant" or "RRV") pursuant to Federal Rule of Civil Procedure 41(a) ("the Motion"). The Court is of the opinion that the Notice should be **APPROVED**.

It is therefore **ORDERED** that Plaintiff's claims for relief against RRV be **DISMISSED WITH PREJUDICE.**

SIGNED this 20th day of April, 2017.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE